**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION**

| | |
|---|---|
| SuperCooler Technologies, Inc.<br><br>               Plaintiff,<br><br>    v.<br><br>The Coca-Cola Company, *et al.*,<br><br>               Defendants. | 6:23-cv-00187-CEM-RMN |

**DECLARATION OF JONATHAN C. DRIMMER IN SUPPORT OF PAUL HASTINGS LLP'S OPPOSITION TO THE COCA-COLA COMPANY'S MOTION TO DISQUALIFY**

I, Jonathan C. Drimmer, declare and state as follows:

1. My testimony is based on my personal knowledge of the facts set forth below.

2. I am a member in good standing of the bar of the District of Columbia, and I am a partner in Paul Hastings' Washington, D.C. office. My practice involves, in large part, advising and representing major multinational companies on legal issues related to business and human rights issues. I have worked with a wide range of companies in diverse industries, including those in the food and beverage, financial services, life sciences, agriculture, technology and social media, extractive, footwear and apparel, and consumer goods sectors. My practice spans business and human rights issues, from program development (including policies and procedures, trainings, governance structures, third party management, disclosures and other areas), to due diligence and assessments, to

investigations, to representation before parliamentary and congressional bodies, to enforcement actions. I have worked on complex business and human rights issues for nearly twenty years. I am ranked Band 1 by Chambers for Business and Human Rights Law, received the first U.S. Department of Justice Assistant Attorney General Award for Human Rights Law Enforcement, and received numerous additional recognitions for business and human rights. The human rights law aspect of my practice is highly specialized, and I have worked with some of the world's largest and most sophisticated companies on their most challenging business and human rights matters.

   3. In the Spring of 2021, The Coca Cola Company ("TCCC") retained me to represent it in connection a human rights matter related to the Democratic Republic of Congo (the "DRC"). The engagement letter executed by Corporate Counsel Derek Gilliam on behalf of TCCC, the only engagement letter I have signed with TCCC, is attached as Exhibit 3 to the Declaration of John D. Garretson in support of TCCC's motion to disqualify and encompasses the DRC matter and additional matters that Paul Hastings agreed to handle on behalf of TCCC. Since the Spring of 2021, I have worked on other international human-rights related matters for TCCC, in addition to the DRC matter.

   4. On March 28, 2023, I spoke three times with Jessica Lewis, in-house counsel to TCCC, regarding Paul Hastings' representation of SuperCooler in the above-captioned action. During my first conversation with Ms. Lewis that

day, I did not have a copy of the engagement letter that Coke signed in front of me, and I did not recall that the letter included a prospective waiver of conflicts.

5.  I have never discussed or otherwise shared TCCC's confidential information with any Paul Hastings personnel representing SuperCooler. Similarly, I have never received and do not possess any of SuperCooler's confidential information. I have never had contact with Brad Bondi, Michael Wheatley, or Vitaliy Kats.

6.  I recognize that I am subject to an ethical wall put in place by Paul Hastings to ensure that TCCC's and SuperCooler's respective client confidences are protected and will not be communicated between the respective teams working on those matters. I believe that TCCC's confidences are secure, including in connection with Paul Hastings attorneys representing SuperCooler in this Action.

7.  TCCC has long been regarded as a leader in the business and human rights space, and I have admired the dedication, sophistication, and integrity that TCCC, its attorneys, and its corporate officers bring to its human rights program. I am humbled by the trust they have placed in me and stand ready to continue to assist TCCC on ongoing and future business and human rights matters.

8. I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed within the United States on April 24, 2023.

*Jonathan Drimmer* (signature)

_____
Jonathan C. Drimmer