## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

| | |
|---|---|
| SuperCooler Technologies, Inc.<br><br>Plaintiff,<br><br>- against -<br><br>The Coca-Cola Company, *et al.*,<br><br>Defendants. | 6:23-cv-00187-CEM-RMN |

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 3.01(h), Paul Hastings LLP requests oral argument for one hour on The Coca-Cola Company's Motion to Disqualify Paul Hastings LLP, Bradley Bondi, Michael Wheatley, and Vitaliy Kats. (Dkt. No. 39.)

Dated: April 26, 2023

Respectfully submitted,

YOUNG BERMAN KARPF & KARPF P.A.

By: ___/s/ Andrew S. Berman___
    Andrew S. Berman
    825 Brickell Bay Drive
    Tower III, Suite 1748
    Miami, FL 33131
    (305) 945-1851
    aberman@ybkklaw.com

*Attorneys for Paul Hastings LLP,*
*Bradley Bondi, Michael Wheatley,*
*& Vitaliy Kats*

DAVIS POLK & WARDWELL LLP

By: ___/s/ Paul Spagnoletti___
    Paul Spagnoletti (*Pro hac vice*)
    Charles S. Duggan (*Pro hac vice*)
    Gina Cora (*Pro hac vice*)
    450 Lexington Avenue
    New York, New York 10017
    (212) 450-4000
    paul.spagnoletti@davispolk.com
    charles.duggan@davispolk.com
    gina.cora@davispolk.com

*Attorneys for Paul Hastings LLP,*
*Bradley Bondi, Michael Wheatley,*
*& Vitaliy Kats*