UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SUPERCOOLER TECHNOLOGIES, INC.,

    Plaintiff,

v.

THE COCA COLA COMPANY; METALFRIO SOLUTIONS, INC.; METALFRIO SOLUTIONS, S.A.,

    Defendants.

Case No. 6:23-cv-187-CEM-RMN

## NOTICE OF HEARING

This cause comes on Defendant The Coca Cola Company's Motion to Disqualify The Paul Hastings Law Firm, Dkt. 39, and its Request for Hearing, Dkt. 41. Plaintiff filed its response in opposition to the Moiton to Disqualify, Dkt. 56, and a second Request for Oral Argument, Dkt. 57. Upon consideration, the parties' requests for a hearing and oral argument (Dkts. 41, 57) are **GRANTED** as follows:

<u>All parties and their counsel</u> shall appear before the undersigned on **Wednesday, May 31, 2023, at 10:00 A.M.** in Courtroom 3C, U.S. Courthouse, 401 West Central Boulevard, Orlando, Florida for an **evidentiary hearing and argument**. The Court will set aside five (5) hours for the hearing, of which

thirty (30) minutes will be lawyer argument, split evenly among the parties. The parties shall be prepared to present live witness testimony, to include but not be limited to the following individuals:

1. A representative from The Coca Cola Company, such as Jessica Lewis, with knowledge of all of Coke's engagements with Paul Hastings;
2. Bradley J. Bondi;
3. Jonathan C. Drimmer; and
4. Mark D. Pollack.

As the movant, The Coca Cola Company shall present testimony in support of its Motion first. SuperCooler Technologies and Paul Hastings will then have an opportunity to present opposing testimony. All witnesses will be subject to cross-examination.

**DONE** and **ORDERED** in Orlando, Florida on May 2, 2023.

ROBERT M. NORWAY
United States Magistrate Judge

Copies furnished to:

Counsel of Record