UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| SUPERCOOLER TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE COCA-COLA COMPANY, *et al.*, <br><br> Defendants. | Case No. 6:23-cv-00187-CEM-RMN |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Attorney Michael B. Weiss, of the law firm Cahill Gordon & Reindel LLP, hereby moves to withdraw as counsel of record for plaintiff SuperCooler Technologies, Inc. ("Plaintiff") in this action, pursuant to Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida, and states as follows:

1. I was admitted to practice before this Court *pro hac vice* on February 6, 2023.

2. I certify that the client consents to my withdrawal.

3. I certify that my withdrawal will not cause the continuance of trial or any other delays in this action.

4. Bradley J. Bondi, Jeffrey A. Pade, Michael D. Wheatley and Vitaliy Kats, all of Paul Hastings LLP, and Paul Thanasides of McIntyre Thanasides will continue to represent Plaintiff in this action.

### Local Rule 3.01(g) Certification

I certify that my firm has conferred with counsel for the opposing parties that have appeared in this action, and those opposing parties have no objection to my withdrawal.

Dated: August 31, 2023
      New York, New York

/s/ Michael B. Weiss_____
Michael B. Weiss (*pro hac vice*)
**Cahill Gordon & Reindel LLP**
32 Old Slip
New York, NY 10005
Telephone: (212) 701-3041
Email: mweiss@cahill.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2023, I electronically filed the foregoing with the Clerk of Court via the Court's CM/ECF System, which will send Notice of Electronic Filing to all counsel of record.

/s/ Michael B. Weiss_____
Michael B. Weiss (*pro hac vice*)