**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SUPERCOOLER TECHNOLOGIES, INC.,

Plaintiff,

v.

THE COCA-COLA COMPANY; METALFRIO SOLUTIONS, S.A.; METALFRIO SOLUTIONS, INC.; COFCO COCA-COLA BEVERAGES (BEIJING) LTD.; HISENSE CO., LTD.; QINGDAO HISENSE COMMERCIAL COLD CHAIN CO. LTD.; HISENSE RONGSHENG (GUANGDONG) FREEZER CO., LTD.; HISENSE RONGSHENG (GUANGDONG) REFRIGERATOR CO. LTD.; HISENSE USA CORPORATION; SWIRE COCA-COLA LTD; SWIRE COCA-COLA HK LTD.; SWIRE GUANGDONG COCA-COLA ZHANJIANG LTD.; and SWIRE PACIFIC HOLDINGS, INC., d/b/a/ SWIRE COCA-COLA USA,

Defendants.

Case No. 6:23-cv-00187-CEM-RMN

**DEFENDANT THE COCA-COLA COMPANY'S OPPOSITION TO PLAINTIFF'S SHORT FORM MOTION TO COMPEL**

Pursuant to Federal Rules of Civil Procedure 26 and 34, Defendant Coca-Cola opposes Plaintiff SCTI's Motion to Compel (Doc. 156). SCTI's Motion is unduly burdensome and requests broad, expensive, and unnecessary discovery before

resolution of Coca-Cola's Motion to Compel Arbitration (Doc. 103) and Motion to Stay Discovery (Doc. 106). Moreover, SCTI has resisted Coca-Cola's efforts to facilitate orderly discovery by refusing to negotiate a confidentiality stipulation or respond to Coca-Cola's proposed ESI stipulation.

Coca-Cola has initially collected almost 100,000 documents requiring expensive relevance and privilege review, but this is a small fraction of the information sought by SCTI's virtually unbounded discovery requests. One requests *all* documents and communications, spanning 9 years, for almost 50 custodians, including Coca-Cola's CEO and entire Board of Directors. (Doc. 156-2 at 6-7). Others are similarly disproportionate, unduly burdensome, and invade privilege or work product.

Coca-Cola's pending Motion to Compel Arbitration may render this discovery unnecessary. In fact, by substantively engaging in discovery, this Court may find that Coca-Cola "waived [its] right to arbitrate." *Harrell's LLC v. Agrium Advanced (U.S.) Techs., Inc.*, 2011 WL 1596007, at *2–3 (M.D. Fla. Apr. 27, 2011). A large-scale document review and production would subject Coca-Cola "to the very complexities, inconveniences and expenses of litigation that [the parties] determined to avoid [through arbitration]." *Suarez-Valdez v. Shearson Lehman/Am. Express, Inc.*, 858 F.2d 648, 649–50 (11th Cir. 1988); *see also Morat v. Cingular Wireless LLC*, 2008 WL 11336388, at *2 (M.D. Fla. Feb. 14, 2008) ("responsibility for discovery lies with the arbitrators"); *Johnson v. Whaleco, Inc.*, 2023 WL 6292691, at *1 (M.D. Fla. Sept. 27, 2023) (staying discovery pending motion to compel arbitration).

SCTI's requests are more burdensome given SCTI's resistance to typical discovery safeguards. SCTI refused to further negotiate a confidentiality stipulation and insisted that Coca-Cola burden this Court with motions for protective orders covering every confidential document. (Doc. 156 at 2); *see Conti v. Natl. City Mortg. Co.*, 2009 WL 10705550, at *1 (M.D. Fla. Nov. 13, 2009). SCTI has not responded to Coca-Cola's proposed ESI stipulation necessary to establish reasonable search terms and custodial limits. *Aron Sec. Inc. v. ADT LLC*, 2020 WL 4464699, at *2 (S.D. Fla. Mar. 13, 2020) (denying motion to compel and requiring narrowly tailored search).

Finally, contrary to SCTI's "boilerplate" allegations, Coca-Cola streamlined its responses by lodging particularized objections to each RFP by referencing objections that applied to multiple requests. (*See, e.g.*, Doc. 156-2 at 3-7). Coca-Cola cannot address its specific objections to each of SCTI's 45 RFPs in this short-form format, but requests the opportunity to fully brief its objections if this Court agrees that Coca-Cola must participate in large-scale document collection and production notwithstanding the threshold objections discussed herein.

## CONCLUSION

For these reasons, Coca-Cola requests SCTI's Motion to Compel be denied in light of Coca-Cola's Motion to Compel Arbitration and Motion to Stay Discovery and all other particularized objections.

Respectfully submitted,

*/s/ Anitra R. Clement*
Anitra Raiford Clement
SHOOK, HARDY & BACON LLP

100 N. Tampa St., Suite 2900
Tampa, Florida 33602
T: 813-202-7100 | F: 813-221-8837
aclement@shb.com

B. Trent Webb (*Pro hac vice*)
John D. Garretson (*Pro hac vice*)
Ryan J. Schletzbaum (*Pro hac vice*)
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
T: 816.474.6550 | F: 816.421.5547
bwebb@shb.com
jgarretson@shb.com
rschletzbaum@shb.com

Amelia E. Murray (*Pro hac vice*)
SHOOK, HARDY & BACON LLP
111 S. Wacker Dr., Suite 4700
Chicago, IL 60606
T: 312.704.7700
aemurray@shb.com

***Attorneys for The Coca-Cola Company***